# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**AZAYVIAN LASHUN RUSSEL**                                                                 **PLAINTIFF**

**vs.**                                    **CIVIL ACTION No.: 3:21-CV-134-HTW-LGI**

**CITY OF NEWTON,**
**NEWTON COUNTY**                                                                          **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of the United States Magistrate Judge **[Docket no. 34]** issued by Magistrate Judge LaKeysha Greer Isaac. In her Report and Recommendation, filed on May 24, 2022, Magistrate Judge Isaac recommended that the Plaintiff's claims be dismissed for failure to prosecute. Magistrate Judge Isaac directed the *pro se* plaintiff to file any objections within fourteen (14) days. The plaintiff has failed to file any objection to date.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 34]**, this court finds it well-taken. Magistrate Judge Isaac carefully examined plaintiff's lawsuit, identified the operative issues and cogent facts, and crafted a well-versed Report and Recommendation. Therefore, this court hereby **ADOPTS** the Report and Recommendation of the Magistrate Judge as the order of this court.

This order, commensurately, hereby **DISMISSES** this lawsuit **WITHOUT PREJUDICE** for failure to prosecute claims under Federal Rule of Civil Procedure 41(b).

SO ORDERED this the 24th day of June, 2022.

/s/HENRY T. WINGATE
**UNITED STATES DISTRICT COURT JUDGE**

1